IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10974
Conference Calendar
_____

LANDERS ISOM, III,

Plaintiff-Appellant,

versus

EVERETT YOUNG, District Judge,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 95-CV-761-A
- - - - - - - - - -
February 29, 1996

Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Isom argues that the district court abused its discretion in dismissing his 42 U.S.C. § 1983 civil rights complaint against Judge Everett Young on grounds of absolute judicial immunity. Judge Young's actions were within the scope of his jurisdiction, thus affording him absolute judicial immunity. The district court did not abuse its discretion by dismissing Isom's complaint pursuant to 28 U.S.C. § 1915(d). See Stump v. Sparkman, 435 U.S. 349, 356-57 (1978).

We caution Isom that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

To avoid sanctions, Isom is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

APPEAL DISMISSED.  See 5th Cir. R. 42.2.